FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2016 JAN 20 PM 3: 10

UNITED STATES OF AMERICA

v.

DEANGELO MERRITT

CASE NO.    3:16-cr-8-J-20JRK
Ct. 1:      18 U.S.C. §§ 1951 & 2
Ct. 2:      18 U.S.C. § 924(c)
Forfeiture: 18 U.S.C. § 981(a)(1)(C) &
            28 U.S.C. § 246(c);
            18 U.S.C. § 924(d) &
            28 U.S.C. § 246(c)

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about December 5, 2013, in Duval County, in the Middle District of Florida,

DEANGELO MERRITT,

the defendant herein, did knowingly attempt to commit a robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), that is an attempt to unlawfully take and obtain personal property from the person of T.W., against his will, by means of actual and threatened force, violence and fear of injury immediate and future, to T.W., and in doing so did, in some way and degree, obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3).

All in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT TWO

On or about December 5, 2013, in Duval County, in the Middle District of Florida,

DEANGELO MERRITT,

the defendant herein, did knowingly use and carry a firearm, that is, a Smith and Wesson 9mm semi-automatic pistol, model SW99NJ, during and in relation to, and did brandish and discharge said firearm during the course of, a crime of violence, for which he may be prosecuted in a Court of the United States, that is, attempted robbery, a violation of Title 18, United States Code, Sections 1951 and 2, as charged in Count One of this Information.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) (ii)-(iii) and 924(c)(1)(C)(i).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Information are incorporated by reference for the purpose of alleging forfeitures under Title 18, United States Code, Section 981(a)(1)(c), Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of a violation of Title 18, United States Code, Section 1951, the defendant,

DEANGELO MERRITT,

shall forfeit to the United States, under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense

3. Upon conviction of a violation of Title 18, United States Code, Sections 1951 and/or 924(d), the defendant,

DEANGELO MERRITT,

shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

4. If any of the property described above, as a result of any act or omission

of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A. LEE BENTLEY, III
United States Attorney

By: *Julie Hackenberry*
JULIE HACKENBERRY
Assistant United States Attorney
Chief, Jacksonville Division

By: *R B N H*
ROGER B. HANDBERG
Assistant United States Attorney
Criminal Chief, North